■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOREEN SWENSON, Appellant. [22 NYS3d 908]—Appeal by the de-

fendant from a judgment of the Supreme Court, Westchester County (Molea, J.), rendered August 5, 2010, convicting her of grand larceny in the second degree and scheme to defraud in the first degree, upon her plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

The defendant's valid waiver of her right to appeal precludes review of the contentions she raises on this appeal (*see People v Sanders*, 25 NY3d 337, 341-342 [2015]; *People v Bradshaw*, 18 NY3d 257, 264-265 [2011]; *People v Lopez*, 6 NY3d 248, 257 [2006]). Leventhal, J.P., Austin, Roman, Miller and Barros, JJ., concur.